UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 12-mj-1122 |
| | ) JUDGE GRIFFIN |
| SHAWN M. PARKS | ) |
| | ) |

ORDER

The Complaint and Warrant are hereby placed under seal.

So ORDERED this 9th of December, 2012.

JULIET GRIFFIN
U.S. MAGISTRATE JUDGE