UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00019 |
| ) | JUDGE CAMPBELL |
| SHAWN MICHAEL PARKS ) | |

ORDER

The Court attempted to hold a status conference in this case on March 8, 2013, but counsel for the Defendant failed to attend. The pretrial conference remains scheduled for March 29, 2013, at 9:00 a.m., and the trial remains scheduled for April 2, 1013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE