UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00019 |
| | ) | JUDGE CAMPBELL |
| SHAWN MICHAEL PARKS | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Extend Time For Filing Pretrial Motions (Docket No. 36). Through the Motion, the Defendant seeks to extend the pretrial motion filing deadline until May 12, 2014. The Motion is GRANTED as follows: The pretrial motion filing deadline is extended until May 1, 2014.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE