UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA           )
                                   )
v.                                 )           NO. 3:13-00019
                                   )           JUDGE CAMPBELL
SHAWN MICHAEL PARKS                )

<u>ORDER</u>

The Court held a status conference in this case on May 12, 2014. During the conference, the

Defendant requested that the Court extend the pretrial motion filing deadline until June 9, 2014. The

Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE