UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00019 |
| | ) | JUDGE CAMPBELL |
| SHAWN MICHAEL PARKS | ) | |

ORDER

Pending before the Court is a Motion to Continue August 6 Suppression Hearing (Docket No. 47). The Motion is GRANTED.

The hearing on the Motion to Suppress Evidence and Statements (Docket No. 45) scheduled for August 6, 2014, is RESCHEDULED for August 18, 2014, at 1:00, the time currently scheduled for the pretrial conference.

The pretrial conference is RESCHEDULED for August 25, 2014, at 1:00 p.m.

The trial remains scheduled for August 26, 2014, at 9:00 a.m., unless a party files a motion to continue the trial.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE