UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00019 |
| | ) | JUDGE CAMPBELL |
| SHAWN MICHAEL PARKS | ) | |

## ORDER

Pending before the Court is a Motion to Continue April 1 Suppression Hearing (Docket No. 59). The Motion is GRANTED in part and DENIED in part.

The requested dates suggested in the Motion are unavailable. However, the hearing on the Motion to Suppress Evidence and Statements (Docket No. 45) scheduled for April 1, 2015, is RESCHEDULED for June 18, 2015, at 9:00 a.m.

The pretrial conference is remains scheduled for August 17, 2015, at 9:00 a.m.

The trial remains scheduled for August 25, 2015, at 9:00 a.m.

It is so ORDERED.

```
                                    _____
                                    TODD J. CAMPBELL
                                    UNITED STATES DISTRICT JUDGE
```